**Opinion issued May 29, 2025**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-25-00351-CV**

———————————

**IN RE JPMORGAN CHASE BANK, N.A., Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

### MEMORANDUM OPINION

Relator JPMorgan Chase Bank, N.A. has filed a petition for writ of mandamus, requesting that we vacate the trial court's March 5, 2025 order denying Relator's Motion to Strike Intervenor's Original Answer and Counterclaim.[1]

Texas Rule of Appellate Procedure 52.7(a)(2) requires a relator to file "a properly authenticated transcript of any relevant testimony from any underlying

---

[1] The underlying case is *In re Order for Foreclosure Concerning 8015 Lanham Ln., Houston, TX 77075*, cause number 2024-78800, pending in the 151st District Court of Harris County, the Honorable Erica R. Hughes presiding.

proceeding . . . or a statement that no testimony was adduced in connection with the matter complained." Relator's petition and the mandamus record indicate that, on March 5, 2025, at Relator's request, the trial court held a hearing before denying Relator's motion. However, the mandamus record does not contain an authenticated transcript from this hearing.

Accordingly, we deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot. Relator's request for mandamus relief is denied without prejudice to relator filing a new petition that complies with Texas Rule of Appellate Procedure 52.7.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Caughey and Johnson.